(113 So. 915)

HOUSTON CONSTRUCTION CO. v. J. R. CANADA. (7 Div. 721.) Supreme Court of Alabama. June 23, 1927. Appeal from Circuit Court, Calhoun County; R. B. Carr, Judge. Merrill & Field and Knox, Acker, Sterne & Liles, all of Anniston, for appellant. S. W. Tate, of Anniston, for appellee.

SOMERVILLE, J. Appeal dismissed. All the Justices concur.

---

**2**

(112 So. 917)

INTERNATIONAL MACHINE, TOOL & FOUNDRY CO. v. Wm. H. ALLEN. (6 Div. 820.) Supreme Court of Alabama. May 26, 1927. Certiorari to Circuit Court, Jefferson County. J. P. Mudd, of Birmingham, for appellant. Joel F. Webb, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

---

**3**

(112 So. 917)

LOUISVILLE & NASHVILLE RAILROAD CO. v. CITY OF BIRMINGHAM. (6 Div. 523.) Supreme Court of Alabama. Dec. 9, 1926. Rehearing Granted May 13, 1927. Appeal from Circuit Court, Jefferson County; William M. Walker, Judge.

PER CURIAM. Affirmed. See City of Birmingham v. L. & N. R. Co. (6th Div. 522) ante, p. 178, 112 So. 742.

ANDERSON, C. J., and SAYRE, SOMERVILLE, and BOULDIN, JJ., concur.
GARDNER and BROWN, JJ., not sitting.
THOMAS, J., dissents.

---

**4**

(112 So. 917)

LOUISVILLE & N. R. CO. v. Cleve LANGSTON. (6 Div. 388.) Supreme Court of Alabama. March 31, 1927. Certiorari to Circuit Court, Jefferson County. Petition of the Louisville & Nashville Railroad Company for certiorari to the circuit court of Jefferson county to review the finding and judgment of that court in a proceeding under the Workmen's Compensation Act by Cleve Langston against the petitioner. See, also, 214 Ala. 489, 108 So. 379. Jones & Thomas, of Montgomery, and McClellan, Rice & Stone, W. W. Kennedy, and J. K. Jackson, all of Birmingham, for appellant. W. A. Denson, of Birmingham, for appellee.

SAYRE, J. The question whether the workman in this case was totally disabled by the accident he suffered was a question of fact, as to which there was some conflict in the evidence. Such questions are not reviewable. The court here finds that the decree was substantially correct and will order an affirmance. Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

---

**5**

(113 So. 915)

LOVEMAN, JOSEPH & LOEB v. Fannie LOTHER. (6 Div. 955.) Supreme Court of Alabama. June 15, 1927. Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

**6**

(112 So. 918)

Monroe McCORMICK v. STATE. (9 Div. 742.) Supreme Court of Alabama. April 7, 1927. Certiorari to Court of Appeals. E. O. McCord & Son, of Gadsden, for petitioner. Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM. Petition of Monroe McCormick for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in McCormick v. State, 111 So. 647. Petition dismissed.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.

---

**7**

(112 So. 918)

J. P. McLANEY et al. v. A. E. WILLIAMS. (6 Div. 928.) Supreme Court of Alabama. April 14, 1927. Appeal from Circuit Court, Jefferson County; William M. Walker, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

**8**

(112 So. 918)

Della MOORE et al. v. E. M. ELLIOTT. (6 Div. 694.) Supreme Court of Alabama. April 21, 1927. Appeal from Circuit Court, Fayette County; Ernest Lacy, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.